TANAYSHA T. et al., Appellants, v CITY OF NEW YORK et al., Respondents, et al., Defendant.

Submitted October 17, 2016; decided December 22, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of DAISY WRIGHT et al., Appellants, v JEWISH HOME LIFECARE, MANHATTAN, et al., Respondents. (Proceeding No. 1.)

In the Matter of FRIENDS OF P.S. 163, INC., Appellant, v JEWISH HOME LIFECARE, MANHATTAN, et al., Respondents. (Proceeding No. 2.)

Submitted November 14, 2016; decided December 22, 2016

Reported below, 2016 NY Slip Op 89616(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

In the Matter of JESSE FRIEDMAN, Appellant, v KATHLEEN M. RICE, as Nassau County District Attorney, Respondent.

Submitted December 19, 2016; decided January 5, 2017

Motion by National Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.